Kristin A. Zilberstein, Esq. (SBN 24104690)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Avenue
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
kzilberstein@ghidottilaw.com

**Attorney for Creditor,**
U.S. BANK TRUST NATIONAL ASSOCIATION,AS TRUSTEE OF THE IGLOO SERIES III TRUST, its successors and assigns

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 16-44770-mxm13 |
| **CILFREDO GARCES, JR. AND TRACIE MARIE GARCES** | |
| **DEBTORS,** | CHAPTER 13 |
| **U.S. BANK TRUST NATIONAL ASSOCIATION,** | |
| **AS TRUSTEE OF THE IGLOO SERIES III** | |
| **TRUST CREDITOR,** | |

## RESPONSE TO NOTICE TO DEEM MORTGAGE CURRENT OR, ALTERNATIVELY, NOTICE OF AMOUNT DEEMED NECESSARY TO CURE

**TO ALL PARTIES IN INTEREST AND TO THEIR ATTORNEYS OF RECORD:**

U.S. BANK TRUST NATIONAL ASSOCIATION,AS TRUSTEE OF THE IGLOO SERIES III TRUST, ("**Secured Creditor**") in the above-entitled Bankruptcy proceeding, hereby submits the following reply to Notice to Deem Mortgage Current or, Alternatively, Notice of Amount Deemed Necessary to Cure ("**Notice**") filed on May 15, 2018, by the Chapter 13 Trustee, Pam Bassel.

Secured Creditor is entitled to receive payments pursuant to a Promissory Note which matures on April 1, 2031 and is secured by a Deed of Trust on the subject property commonly known as 120 Private Road 3387, Paradise, TX 76073 (the "**Property**").

Secured Creditor disagrees that the amount remaining necessary to cure and pre-petition home was paid in full and that a total of $19,605.64 remains in arreange.

Secured Creditor does not agree that the Debtor, is current post-petition. The Debtor is due for the March 1, 2018 post-petition monthly mortgage payment and all subsequent payments for a total post-petition default as follows:

| Date | Payment Amount |
|------|----------------|
| 05/01/2017 | $1,376.77 |
| 06/01/2017 | $1,376.77 |
| 07/01/2017 | $1,376.77 |
| 08/01/2017 | $1,376.77 |
| 09/01/2017 | $1,376.77 |
| 10/01/2017 | $1,376.77 |
| 11/01/2017 | $1,376.77 |
| 12/01/2017 | $1,376.77 |
| 01/01/2018 | $1,376.77 |
| 02/01/2018 | $1,376.77 |
| 03/01/2018 | $1,376.77 |
| 04/01/2018 | $1,376.77 |
| 05/01/2018 | $1,376.77 |
| 06/01/2018 | $1,376.77 |
| 07/01/2018 | $1,376.77 |
| **Total** | **$20,651.55** |

A true and correct copy of the post-petition mortgage payment history is attached hereto as **Exhibit "A"**.

Respectfully submitted,

/S/ KRISTIN A. ZILBERSTEIN
Kristin A. Zilberstein, Esq.
State Bar No.: 24104960
1920 Old Tustin Avenue
Santa Ana, CA 92705
Tel: (949) 427-2010
kzilberstein@ghidottilaw.com
**COUNSEL FOR SECURED CREDITOR**

 BSI Financial Services

**Payment Changes**

| Date | P&I | Escrow | Total | Notice Filed |
|---|---|---|---|---|
| 1/1/2017 | $891.94 | $484.83 | $1,376.77 | Filed w/ POC |
| | | | | NOPC |
| | | | | |
| | | | | |
| | | | | |

**Loan Information**

| | |
|---|---|
| Loan # | |
| Borrower | Cilfredo Garces |
| BK Case # | 16-44770 |
| Date Filed | 12/4/2016 |
| First Post Petition | |
| Due Date | 1/1/2017 |
| POC Covers | 8/1/15 - 12/7/16 |

Trustee Pay-All

| Date | Amount Rcvd | Late Charges Incurred | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/3/2017 | $2,753.54 | | 1/1/2017 | 8/1/2015 | $1,376.77 | $1,376.77 | $1,376.77 | | $1,376.77 | | | $0.00 | $0.00 | |
| 5/3/2017 | | | 2/1/2017 | 9/1/2015 | | $0.00 | | $1,376.77 | $0.00 | | | $0.00 | $0.00 | |
| 6/2/2017 | $1,376.77 | | 3/1/2017 | 10/1/2015 | $1,376.77 | $0.00 | | | $0.00 | | | $0.00 | $0.00 | |
| 8/3/2017 | $2,753.54 | | 4/1/2017 | 11/1/2015 | $1,376.77 | $1,376.77 | $1,376.77 | | $1,376.77 | | | $0.00 | $0.00 | |
| 8/3/2018 | | | 5/1/2017 | 12/1/2015 | | $0.00 | | $1,376.77 | $0.00 | | | $0.00 | $0.00 | |
| 9/1/2017 | $2,753.54 | | 6/1/2017 | 1/1/2016 | $1,376.77 | $1,376.77 | $1,376.77 | | $1,376.77 | | | $0.00 | $0.00 | |
| 9/1/2017 | | | 7/1/2017 | 2/1/2016 | | $0.00 | | $1,376.77 | $0.00 | | | $0.00 | $0.00 | |
| 9/6/2017 | $1,693.42 | | 8/1/2017 | 3/1/2016 | $1,377.77 | $315.65 | $315.65 | | $315.65 | | | $0.00 | $0.00 | |
| 10/18/2017 | $1,376.77 | | 9/1/2017 | 4/1/2016 | $1,376.77 | $0.00 | | | $315.65 | | | $0.00 | $0.00 | |
| 10/18/2017 | $951.79 | | | | | $951.79 | $951.79 | | $1,267.44 | | | $0.00 | $0.00 | |
| 2/5/2018 | $5,507.08 | | 10/1/2017 | 5/1/2016 | $1,376.77 | $4,130.31 | $4,130.31 | | $5,397.75 | | | $0.00 | $0.00 | |
| 2/5/2018 | | | 11/1/2017 | 6/1/2016 | $1,376.77 | -$1,376.77 | | $1,376.77 | $4,020.98 | | | $0.00 | $0.00 | |
| 2/5/2018 | | | 12/1/2017 | 7/1/2016 | $1,376.77 | -$1,376.77 | | $1,376.77 | $2,644.21 | | | $0.00 | $0.00 | |
| 2/5/2018 | $108.33 | | 1/1/2018 | 8/1/2016 | $1,376.77 | -$1,268.44 | | $1,268.44 | $1,375.77 | | | $0.00 | $0.00 | |
| 2/5/2018 | | | 2/1/2018 | 9/1/2016 | $1,376.77 | -$1,375.77 | | $1,375.77 | $0.00 | | | $0.00 | $0.00 | |
| 2/5/2018 | | | arrears | | $0.00 | | | | $0.00 | $1,345.89 | | $1,345.89 | $1,345.89 | |
| 3/2/2018 | $1,376.77 | | 3/1/2018 | 10/1/2016 | $1,376.77 | $0.00 | | | $0.00 | | | $1,345.89 | $1,345.89 | |
| 3/2/2018 | | | Arrears | | | $0.00 | | | $0.00 | $2,882.20 | | $4,228.09 | $4,228.09 | |
| 3/2/2018 | | | PRE payment applied | 11/1/2016 | | $0.00 | | | $0.00 | | $1,322.12 | $2,905.97 | $4,228.09 | |
| 3/2/2018 | | | PRE payment applied | 12/1/2016 | | $0.00 | | | $0.00 | | $1,322.12 | $1,583.85 | $4,228.09 | |
| 3/2/2018 | | | PRE payment applied | 1/1/2017 | | $0.00 | | | $0.00 | | $1,322.12 | $261.73 | $4,228.09 | |
| 3/30/2018 | $1,376.77 | | | | | $1,376.77 | $1,376.77 | | $1,376.77 | | | $261.73 | $4,228.09 | |
| 3/30/2018 | | | Arrears | | | $0.00 | | | $1,376.77 | $613.79 | | $875.52 | $4,841.88 | |
| 5/4/2018 | $1,376.77 | | | | | $1,376.77 | $1,376.77 | | $1,376.77 | | | $875.52 | $4,841.88 | |
| 5/4/2018 | | | Arrears | | | $0.00 | | | $2,753.54 | $656.40 | | $1,531.92 | $5,498.28 | |
| 5/16/2018 | | | 4/1/2018 | 2/1/2017 | $1,376.77 | -$1,376.77 | | $1,376.77 | $1,376.77 | | | $1,531.92 | $5,498.28 | |
| 5/16/2018 | | | 5/1/2018 | 3/1/2017 | $1,376.77 | -$1,376.77 | | $1,376.77 | $0.00 | | | $1,531.92 | $5,498.28 | |
| 6/29/2018 | $1,376.77 | | 6/1/2018 | 4/1/2017 | $1,376.77 | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | 7/1/2018 | 5/1/2017 | $1,376.77 | -$1,376.77 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | 6/1/2017 | $1,376.77 | -$1,376.77 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | 7/1/2017 | $1,376.77 | -$1,376.77 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | 8/1/2017 | $1,376.77 | -$1,376.77 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | 9/1/2017 | $1,376.77 | -$1,376.77 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | 10/1/2017 | $1,376.77 | -$1,376.77 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | 11/1/2017 | $1,376.77 | -$1,376.77 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | 12/1/2017 | $1,376.77 | -$1,376.77 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | 1/1/2018 | $1,376.77 | -$1,376.77 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | 2/1/2018 | $1,376.77 | -$1,376.77 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | 3/1/2018 | $1,376.77 | -$1,376.77 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | 4/1/2018 | $1,376.77 | -$1,376.77 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | 5/1/2018 | $1,376.77 | -$1,376.77 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | 6/1/2018 | $1,376.77 | -$1,376.77 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | 7/1/2018 | $1,376.77 | -$1,376.77 | | | $0.00 | | | $1,531.92 | $5,498.28 | |

| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |
| | | | | | | $0.00 | | | $0.00 | | | $1,531.92 | $5,498.28 | |

Jennifer R. Bergh, Esq. (SBN 24103791)
Kristin A. Zilberstein, Esq. (SBN 24104960)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Avenue
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
jbergh@ghidottilaw.com

Attorney for Creditor
U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS – FT. WORTH DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 16-44770-mxm13 |
| Cilfredo Garces, Jr. and Tracie Marie Garces, | CHAPTER 13 |
| Debtors. | **CERTIFICATE OF SERVICE** |

## <u>CERTIFICATE OF SERVICE</u>

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On July 12, 2018 I served the following documents described as:

- **RESPONSE TO NOTICE TO DEEM MORTGAGE CURRENT OR, ALTERNATIVELY, NOTICE OF AMOUNT DEEMED NECESSARY TO CURE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| | |
|---|---|
| **Debtor**<br>Clifredo Garces, Jr.<br>120 Private Road 3387<br>Paradise, TX 76073 | **Chapter 13 Trustee**<br>Pam Bassel<br>7001 Blvd. 26<br>Suite 150<br>North Richland Hills, TX 76180 |
| **Consolidated Debtor**<br>Tracie Marie Garces<br>120 Private Road 3387<br>Paradise, TX 76073 | **U.S. Trustee**<br>United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242 |
| **Debtor's Counsel**<br>Mark S. Rubin<br>Rubin & Associates, P.C.<br>13601 Preston Rd, Suite 500E<br>Dallas, TX 75240 | |

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on July 12, 2018 at Santa Ana, California

*/s / Ariel Del Pinto*
Ariel Del Pinto

CERTIFICATE OF SERVICE