**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
7001 Boulevard 26, Suite 150
North Richland Hills, TX 76180
(817) 916-4710 Phone
(817) 916-4770 Fax

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-44770-MXM-13 |
| | § | |
| CILFREDO GARCES JR. AND | § | |
| TRACIE MARIE GARCES | § | |
| | § | |
| DEBTOR(S) | § | |

**REPLY TO RESPONSE TO NOTICE TO DEEM MORTGAGE CURRENT OR, ALTERNATIVELY, NOTICE OF AMOUNT DEEMED NECESSARY TO CURE**
**(Mid Case Mortgage Notice per L.B.R. 3002.1-1)**

NOW COMES, Pam Bassel, Standing Chapter 13 Trustee, and files this Reply to Response to Notice to Deem Mortgage Current or, Alternatively, Notice of Amount Deemed Necessary to Cure (Mid Case Mortgage Notice per L.B.R. 3002.1-1 and would respectfully show the Court as follows:

1. The Trustee is unable to admit or deny whether U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust ("Mortgage Lender") is entitled to receive payments pursuant to a promissory note on the subject property and therefore makes a QUALIFIED DENIAL.

2. The Trustee ADMITS that the amount remaining necessary to cure the pre-petition mortgage arrears is $19,605.64.

3. The Trustee has paid $5,498.28 on the pre-petition arrearage claim which was originally $25,103.92, and the Mortgage Lender has received and applied these proceeds per its Response.

4. The Trustee DENIES that the Debtor is due for the March 1, 2018 post-petition monthly mortgage payment and all subsequent payments for a total post-petition default of $20,651.55.

5. The Trustee has made the following post-petition monthly mortgage payments to the Mortgage Lender totaling $22,028.32 as of the date of this pleading (all payments have cleared):

| Disb Date | Check Number | Payee Name | Type | Amount |
|---|---|---|---|---|
| 6/26/2018 | 3073640 | BSI FINANCIAL SERVICES | Disbursement to Creditor - Continuing Debt | $1,376.77 |
| 4/30/2018 | 3071352 | BSI FINANCIAL SERVICES | Disbursement to Creditor - Continuing Debt | $1,376.77 |
| 3/27/2018 | 3070235 | BSI FINANCIAL SERVICES | Disbursement to Creditor - Continuing Debt | $1,376.77 |
| 2/27/2018 | 3069165 | BSI FINANCIAL SERVICES | Disbursement to Creditor - Continuing Debt | $1,376.77 |
| 1/30/2018 | 3068043 | BSI FINANCIAL SERVICES | Disbursement to Creditor - Continuing Debt | $5,507.08 |
| 9/26/2017 | 5007987 | WELLS FARGO BANK - UCI EFT | Disbursement to Creditor - Continuing Debt | $1,376.77 |
| 8/29/2017 | 5007927 | WELLS FARGO BANK - UCI EFT | Disbursement to Creditor - Continuing Debt | $2,753.54 |
| 7/31/2017 | 5007870 | WELLS FARGO BANK - UCI EFT | Disbursement to Creditor - Continuing Debt | $2,753.54 |
| 5/30/2017 | 5007748 | WELLS FARGO BANK - UCI EFT | Disbursement to Creditor - Continuing Debt | $1,376.77 |
| 4/25/2017 | 5007697 | WELLS FARGO BANK - UCI EFT | Disbursement to Creditor - Continuing Debt | $2,753.54 |

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that the Court APPROVE the Trustee's Notice to Deem Mortgage Current or, Alternatively, Notice of Amount Deemed Necessary to Cure (Mid Case

Mortgage Notice per L.B.R. 3002.1-1, DEEM the amount deemed necessary to cure pre-petition mortgage arrears $19,605.64, DEEM the Debtor current on post-petition monthly mortgage payments through July 2018, and for such other and further relief to which the Trustee may be entitled at law or in equity.

                Respectfully submitted,

By: /s/ Ethan S. Cartwright

    Ethan S. Cartwright, Staff Attorney
    Bar No.  24068273
    PAM BASSEL STANDING CHAPTER 13 TRUSTEE
    Bar No. 01344800
    7001 Boulevard 26, Suite 150
    North Richland Hills, TX 76180
    (817) 916-4710 Phone
    (817) 916-4770 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by me on the date of filing on the United States Trustee, Debtor, Debtor's Counsel, and the parties listed below by United States First Class Mail and/or electronically by the Court to those parties entitled to electronic notice.

                /s/   Ethan S. Cartwright
                Ethan S. Cartwright

KRISTIN A. ZILBERSTEIN, ESQ.
LAW OFFICES OF MICHELLE GHIDOTTI
1920 OLD TUSTIN AVENUE
SANTA ANA, CA 92705


WELLS FARGO BANK
DEFAULT DOC PROCESSING N9286-01Y
1000 BLUE GENTIAN RD
EAGAN, MN 55121-7700