Pam Bassel
CHAPTER 13 STANDING TRUSTEE
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
Telephone: (817) 916-4710
Facsimile: (817) 916-4770

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| In re: | **Case No.:** 16-44770-MXM |
| **CILFREDO GARCES JR** <br> **TRACIE MARIE GARCES** | Chapter 13 |
| | **Hearing Date:** 09/14/2018 at 8:30 am |

**NOTICE OF CONTINUED HEARING ON NOTICE OF AMOUNT DEEMED NECESSARY TO CURE MORTGAGE ARREARS**

A hearing was previously scheduled in this matter and has been continued. Notice is hereby given that the hearing will be continued to 9/14/2018   8:30:00AM.

On the continued hearing date, a pre-hearing conference will be held at 8:30 AM

Office of the Standing Chapter 13 Trustee
7001 Blvd 26, Ste. 150
North Richland Hills, TX 76180

Dated:  August 31, 2018                              /s/ Pam Bassel

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing Notice was served by United States first class mail, postage paid, or electronically by the Court, upon the: Debtors; Debtors' attorney; the Office of the United States Trustee for the Northern District of Texas and all parties who requested notice, on the same date it was filed.

/s/ Pam Bassel
Pam Bassel, Chapter 13 Trustee
State Bar No.  01344800
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
Telephone: (817) 916-4710
Facsimile: (817) 916-4770